# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd Fl., Suite 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ****mail all correspondence* | |

January 13, 2025

Honorable Robyn F. Tarnofsky  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

**Letter Motion:**  
**Extension of Time Request**

**Re: Kevin Perez v. Comm'r of SSA  1:24-cv-07866-RA-RFT**

Dear Honorable Judge Tarnofsky:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings is due on January 18, 2025. Due to an influx of CAR filings and leave of office, Plaintiff has not been able to timely prepare his Opening Brief in this matter. Plaintiff therefore writes to respectfully request that the due date for Plaintiff's brief be extended sixty days, until March 19, 2025, with the remaining Order to remain in effect. Defendant has requested an additional 60 days from the filing of Plaintiff's brief to file her Response Brief. No previous request for an extension has been made in this case and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre  
Eddy Pierre Pierre, Esq.  
Attorney for Plaintiff  
(646) 992-8383  
(718) 504-6962 fax

---

Application granted.

Date: 1/13/2025  
New York, NY

SO ORDERED

_____  
ROBYN F. TARNOFSKY  
UNITED STATES MAGISTRATE JUDGE

Cc: Kristina Danielle Cohn, Esq. (Via ECF)
    Attorney for Defendant.